Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Brian L. Bradford
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Blazin Wings, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BLAZIN WINGS, INC.,<br><br>Defendant. | Case No.: 2:17-cv-01170-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT BLAZIN WINGS, INC. TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Kevin Zimmerman ("Plaintiff") and Defendant Blazin Wings, Inc. ("Defendant") hereby stipulate to an extension of time up to and including June 19, 2017 in which to respond to Plaintiff's Complaint. This is the first request for an extension of time to respond to the Complaint.

. . .

. . .

. . .

. . .

. . .

. . .

Defendant recently retained counsel, and counsel requires adequate time to investigate the allegations and prepare an appropriate response to the Complaint. This request is sought in good faith and not for purposes of delay.

DATED this 25th day of May, 2017.

| THE WILCHER FIRM | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Whitney C. Wilcher | /s/ Anthony L. Martin |
| Whitney C. Wilcher<br>Nevada Bar No. 7212<br>8465 West Sahara Avenue Suite 111-236<br>Las Vegas, NV 89117<br>*Attorney for Plaintiff Kevin Zimmerman* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Brian L. Bradford<br>Nevada Bar No. 9518<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>*Attorneys for Defendant Blazin Wings, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __5/30/2017_____

2